## No. 12,547.

PEOPLE EX REL. COLORADO BAR ASSOCIATION *v.* BOUTCHER.
(27 P. [2d] 1116)

Decided November 27, 1933.

Mr. I. L. QUIAT, Mr. FREDERICK P. CRANSTON, for applicant.

*En Banc.*

Applicant reinstated without written opinion.

For reinstatement: MR. JUSTICE BUTLER, MR. JUSTICE HILLIARD, MR. JUSTICE BOUCK and MR. JUSTICE HOLLAND.

Against reinstatement: MR. CHIEF JUSTICE ADAMS, MR. JUSTICE CAMPBELL and MR. JUSTICE BURKE.